■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE USCANGE, Appellant.—Judgment, Supreme Court, New York County (David Stadtmauer, J.), rendered January 17, 1990, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of imprisonment of 4 to 12 years, unanimously affirmed.

" 'The range and extent of the cross-examination is within

the discretion of the Trial Judge, provided only that it relates to relevant matters or to matters affecting credibility' " *(People v Tice,* 131 NY 651, 657; *see also, People v Betts,* 70 NY2d 289, 293) and this discretion should not be second guessed in absence of " 'plain abuse and injustice' " *(People v Sorge,* 301 NY 198, 202). We find that the limited cross-examination of defendant by the prosecutor relating to whether defendant had blood on his hands was relevant. Concur—Sullivan, J. P., Milonas, Rosenberger, Wallach and Ross, JJ.